UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ORLO J. AMOS,<br><br>              Defendant. | No. CR-08-087-RHW-1<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION<br><br>☑   MOTION DENIED<br>     **(Ct. Rec. 77)** |

At the October 1, 2009, hearing on Defendant's Motion for release, Defendant was present with Assistant Federal Defender Amy Rubin. Assistant U.S. Attorney Aine Ahmed. Both sides argued.

Based on an outstanding warrant, the Motion **(Ct. Rec. 77)** is **DENIED.**

**IT IS SO ORDERED.**

DATED October 1, 2009.


                                S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION
FOR RECONSIDERATION OF DETENTION - 1