UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ORLO J. AMOS,<br><br>Defendant. | No.   CR-08-0087-RHW<br><br>**ORDER DENYING MOTION FOR REDUCTION IN SENTENCE UNDER SECTION 3582(c)(2)** |

On February 8, 2012, the Defendant filed a petition for habeas corpus under 28 U.S.C. § 2241. *See* Case No. 12-CV-0094 (E.D. Wash. 2012). Although the petition did not set forth adequate grounds for habeas relief, the Defendant's arguments centered on the Fair Sentencing Act of 2010, and the Court construed the petition as a motion for retroactive application of the sentencing guidelines as permitted by 18 U.S.C. § 3582(c)(2). (ECF No. 110). A portion of the Act reduced the disparity between criminal penalties for crack cocaine and powder cocaine offenses.

The Defendant plead to one count of distributing five or more grams of cocaine base. At the time of sentencing the Defendant had two prior drug-related felonies, and the Court classified him as a career offender and determined his applicable guideline range to be 188 to 235 months. U.S.S.G. § 4B1.1. The Court ultimately accepted the parties' Rule 11(c)(1)(C) plea agreement and sentenced the Defendant to 100 months.

**ORDER DENYING REDUCTION IN SENTENCE** * 1

But because the Defendant's applicable guideline range was based on Section 4B1.1 and not using Section 2D1.1—the latter being the provision amended by the Fair Sentencing Act—the Defendant is not entitled to a reduction. <u>United States v. Wesson</u>, 583 F.3d 728, 731 (9th Cir. 2009).

Moreover, the binding plea agreement resulted in a substantially more lenient sentence than that for which the guidelines otherwise provided. This reason alone supports denying the motion. <u>Freeman v. United States</u>, ___ U.S. ___, 132 S. Ct. 2685, 2694 (2011).

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Reduce Sentence (ECF No. 111) is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel and the U.S. Probation Office.

**DATED** this 13th day of March, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\aCRIMINAL\2008\08-087\Amos\retroactive deny.ord.wpd

**ORDER DENYING REDUCTION IN SENTENCE** \* 2