PROB 12C
(6/16)

Report Date: September 8, 2017

## United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

9/8/17

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Orlo J. Amos                    Case Number: 0980 2:08CR00087-WFN-1

Address of Offender:                Spokane, Washington 99205

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge
Name of Supervision Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 21, 2010

Original Offense:    Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence:   Prison 100 months;            Type of Supervision: Supervised Release
                     TSR - 48 months

Asst. U.S. Attorney:   Alison L. Gregoire          Date Supervision Commenced: October 21, 2016

Defense Attorney:      Roger Peven                 Date Supervision Expires: October 20, 2020

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: On October 24, 2016, Orlo Amos signed his judgment relative to case number 2:08CR00087-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Amos was made aware by his U.S. probation officer that he follow the instructions of the probation officer.

On August 17, 2017, Orlo Amos was directed by the U.S. Probation Officer to report to the scheduled STEP session on September 7, 2017. Additionally, Mr. Amos was provided with instruction in a written order, which he also signed. Orlo Amos failed to attend the scheduled STEP session on September 7, 2017, and his current whereabouts are unknown.

2          **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Amos, Orlo J.**
**September 8, 2017**
**Page 2**

**Supporting Evidence**: On October 24, 2016, Orlo Amos signed his judgment relative to case number 2:08CR00087-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Amos was made aware by his U.S. probation officer that he abstain from the use of illegal controlled substances.

Orlo Amos provided urine specimens at Adept Treatment Center that were confirmed positive for cocaine on August 21, 24, 28, and 29, 2017. His urine specimen submitted on August 24, 2017, was also confirmed positive for marijuana. Additionally, on September 5, 2017, he submitted a urine specimen that yielded initial positive findings for cocaine. He signed an admission of drug use form on that date admitting to cocaine and marijuana use.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/08/2017

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

9/8/17

Date