PROB 12C
(6/16)

Report Date: May 24, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 24, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Orlo J. Amos | Case Number: 0980 2:08CR00087-RHW-1 |
| Address of Offender: | Spokane, Washington 99205 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 21, 2010

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 100 months; TSR - 48 months |
| Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| Date Supervision Commenced: | October 21, 2016 |
| Defense Attorney: | Roger Peven |
| Date Supervision Expires: | October 20, 2020 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/08/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: On October 24, 2016, Orlo Amos signed his judgment relative to case number 2:08CR00087-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Amos was made aware by his U.S. probation officer that he not leave the judicial district without the permission of the Court or probation officer. |
| | On May 11, 2018, Orlo Amos was arrested in King County within the Western District of Washington. Mr. Amos did not secure permission from the Court or the probation officer to leave the judicial district of Eastern Washington. |
| 4 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

Prob12C
Re: Amos, Orlo J.
May 24, 2018
Page 2

**Supporting Evidence**: On October 24, 2016, Orlo Amos signed his judgment relative to case number 2:08CR00087-WFN-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Amos was made aware by his U.S. probation officer that he notify the probation officer at least 10 days prior to any change in residence or employment.

Orlo Amos absconded from supervision on or about September 8, 2017. Mr. Amos failed to notify the probation officer at least 10 days prior to any change in his residence or employment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/08/2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 24, 2018

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/24/2018

Date